UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORA HERNANDEZ AND ROBIN LEE,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>BRIAN SANDOVAL, et al.,  )<br>)<br>Defendants.  )<br>_____) | 2:12-cv-01933-PMP-VCF<br><br><br><br>ORDER |

There having been no action in this case since this Court's Order (Doc. #2) dated November 21, 2012,

IT IS ORDERED that this case is hereby DISMISSED.

DATED:  February 25, 2013

_____
PHILIP M. PRO
United States District Judge